| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Shemeka Dozier Spriggs** | Social Security number or ITIN  **xxx–xx–7972** |
|  | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
|  |  | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter  13  **12/12/17** |
| Case number: | **17–14214–BFK** |  |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   |   | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shemeka Dozier Spriggs |   |
| 2. | **All other names used in the last 8 years** |   |   |
| 3. | **Address** | 2212 Greywing St.<br>Woodbridge, VA 22191 |   |
| 4. | **Debtor's attorney**<br>Name and address | Brian Kenneth Madden<br>Brian K. Madden, P.C.<br>PO Box 7663<br>Arlington, VA 22207 | Contact phone 703–533–0101<br>Email: briankmadden@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas P. Gorman<br>300 N. Washington St. Ste. 400<br>Alexandria, VA 22314 | Contact phone  (703) 836–2226<br><br>Email: ch13alex@gmail.com |

| 6. Bankruptcy clerk's office | | **For the Court:** |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 200 South Washington Street<br>Alexandria, VA 22314 | Clerk of the Bankruptcy Court:<br>William C. Redden |
| | Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Date: December 20, 2017 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 703–258–1200 | |
| 7. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 16, 2018** at **01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**115 South Union Street, Suite 206, Alexandria, VA 22314** |
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | **Filing deadline: March 19, 2018** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: February 20, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: June 11, 2018** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **9.** | **Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:<br><br>**February 21, 2018** at **01:30 PM**,<br><br>Location: **Judge Kenney's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314** |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11.** | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13.** | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |
| **14.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **15.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 17-14214-BFK
Shemeka Dozier Spriggs                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: stewarts              Page 1 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 309I               Total Noticed: 33

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db           +Shemeka Dozier Spriggs,    2212 Greywing St.,    Woodbridge, VA 22191-4048
tr           +Thomas P. Gorman,   300 N. Washington St. Ste. 400,    Alexandria, VA 22314-2550
14168770     +About Women,   2296 Opitz Blvd., #440,    Woodbridge, VA 22191-3355
14168769      Brian K. Madden - notice only,    PO Box 7663,    Arlington, VA 22207-0663
14168772     +Brock & Scott,   re: Bankruptcy,    5431 Oleander Dr., #200,    Wilmington, NC 28403-5857
14168783    ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
             (address filed with court: Choice Recovery Inc,     1550 Old Henderson Rd St,
               Columbus, OH 43220-0000)
14168774     +Caliber Home Loans, Inc.,    attn: Bankruptcy,    PO Box 24610,    Oklahoma City, OK 73124-0610
14168775      Caliber Home Loans, Inc.,    PO Box 270415,    Oklahoma City, OK 73137-0415
14168778     +Capital One Auto Finance,    Attn: Gen'l Corres/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
14172411     +Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
14168780     +Cardinal Mgmt. Group,    4330 Prince William Pkwy #201,    Woodbridge, VA 22192-8102
14168785     +Credit Control Corp,    11821 Rock Landing Dr,    Newport News, VA 23606-4207
14168784     +Credit Control Corp,    Po Box 120568,    Newport News, VA 23612-0568
14168786     +FBCS,   330 S. Warminster Rd., #353,    Hatboro, PA 19040-3433
14168790     +Legum & Norman,    3130 Fairview Park Dr., #200,    Falls Church, VA 22042-4566
14168791     +POTOMAC CLUB CONDO,    c/o Rees Broome,    1900 Gallows Rd., #700,    Vienna, VA 22182-4098
14168792     +POTOMAC CLUB OWNERS ASSN,    2180 POTOMAC CLUB PARKWAY,    Woodbridge, VA 22191-4033
14168793      Potomac Pathology,    6035 Burke Ctr Pkwy, #390,    Burke, VA 22015-3750
14168795      Sentara Group,    PO Box 120568,   Newport News, VA 23612-0568
14168797     +Sheridan Anesthesia Serv.,    PO Box 3495,   Toledo, OH 43607-0495
14168798     +Virginia Pulmonary assoc.,    313 Park Ave, #202,    Falls Church, VA 22046-3303
14168787     +focus recvbls,    1130 Northchase Pkwy, #150,    Marietta, GA 30067-6429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: briankmadden@gmail.com Dec 21 2017 01:54:58     Brian Kenneth Madden,
               Brian K. Madden, P.C.,    PO Box 7663,    Arlington, VA   22207
cr           +EDI: AISACG.COM Dec 21 2017 01:43:00      Capital One Auto Finance,   a division of Capital O,
               P.O. Box 165028,    Irving, TX 75016-5028
14168771     +EDI: CCS.COM Dec 21 2017 01:43:00      Allstate Insur,   c/o CCS,   Two Wells Ave,
               Newton, MA 02459-3225
14168777      EDI: CAPITALONE.COM Dec 21 2017 01:43:00      Capital One,   15000 Capital One Dr,
               Richmond, VA 23238-0000
14168781     +EDI: CCS.COM Dec 21 2017 01:43:00      CCS,   725 Canton St.,   Norwood, MA 02062-2679
14168776     +EDI: CAPITALONE.COM Dec 21 2017 01:43:00      Capital One,
               Attn: General Correspondence/Bankruptcy,     Po Box 30285,   Salt Lake City, UT 84130-0285
14168779     +EDI: CAPONEAUTO.COM Dec 21 2017 01:43:00      Capital One Auto Finance,   3901 Dallas Pkwy,
               Plano, TX 75093-7864
14174219     +EDI: AISACG.COM Dec 21 2017 01:43:00      Capital One Auto Finance, a division of Capital On,
               P.O. Box 165028,    Irving, TX 75016-5028
14168788      EDI: IRS.COM Dec 21 2017 01:43:00      IRS,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14168794     +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Dec 21 2017 01:56:30     Sentara,   PO Box 2156,
               Morrisville, NC 27560-2156
14168796     +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Dec 21 2017 01:56:30
               Sentara Potomac Hospital,    PO Box 2156,    Morrisville, NC 27560-2156
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14168782*    ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
             (address filed with court: Choice Recovery Inc,     1550 Old Henderson Rd Ste 100,
               Columbus, OH 43220-0000)
14168789*     IRS - Richmond,   Special Procedures Branch,    P.O. Box 10025,    Richmond, VA 23240-0025
14168773    ##+Brock & Scott, PLLC,    44121 Harry Byrd Hwy.,    Suite #245,   Ashburn, VA 20147-5671
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-9           User: stewarts              Page 2 of 2                   Date Rcvd: Dec 20, 2017
                               Form ID: 309I               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Brian Kenneth Madden    on behalf of Debtor Shemeka Dozier Spriggs briankmadden@gmail.com,
               briankmadden@yahoo.com;R45056@notify.bestcase.com
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
              Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
                                                                                             TOTAL: 3
```